NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM BROWN, | No. C 08-05244 JF (PR) |
| Petitioner, | ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED |
| vs. | *IN FORMA PAUPERIS* |
| DERRAL ADAMS, Warden, | |
| Respondents. | (Docket No. 3) |

Petitioner, a state prisoner, filed the present pro se petition for writ of habeas corpus challenging his state conviction. Petitioner acknowledges in the petition that his first federal habeas petition was denied with prejudice in February 2002. (Pet. II.) He also acknowledges that he sought authorization from the Ninth Circuit to file this "second or successive" petition. Id. Petitioner states that the Ninth Circuit "denied authorization on the basis that petitioner did not satisfy 28 U.S.C. § 2244(b)(2)." Id.

Petitioner does not dispute that the present petition is a second or successive petition attacking the same conviction and sentence as Petitioner's prior federal habeas

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.08\Brown05244_dismissal.wpd            1

1 petition. This Court cannot consider a second or successive petition without an
2 authorization from the United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A).
3 Petitioner admits that the Ninth Circuit denied authorization for petitioner to file a second
4 or successive petition in this court. (Pet. II.) Accordingly, the Court has no choice but to
5 dismiss the petition.

6 Petitioner's argument that this Court has jurisdiction to consider the second or
7 successive petition without authorization from the Ninth Circuit is without merit. The
8 Court finds that Petitioner has filed a petition for a writ of habeas corpus pursuant to 28
9 U.S.C. § 2254 because he is a state prisoner being held "pursuant to the judgment of a
10 State court," 28 U.S.C. § 2254, and he is challenging his state conviction on the grounds
11 that his custody is unconstitutional. Petitioner cannot circumvent the bar against second
12 or successive petitions by labeling his current petition as proceeding pursuant to 28
13 U.S.C. § 2241. Nor can Petitioner rely on the general provisions of 28 U.S.C. § 1651,
14 which states, "The Supreme Court and all courts established by Act of Congress may
15 issue all writs necessary or appropriate in aid of their respective jurisdictions and
16 agreeable to the usages and principles of law." 28 U.S.C. § 1651.

17 This petition is DISMISSED without prejudice to filing a new habeas action if
18 Petitioner obtains the necessary order.

19 Petitioner's motion for leave to proceed in forma pauperis is GRANTED. (Docket
20 No. 3.)

21 IT IS SO ORDERED.

22
23 DATED: 3/17/09

JEREMY FOGEL
United States District Judge

28 Order of Dismissal
P:\PRO-SE\SJ.JF\HC.08\Brown05244_dismissal.wpd           2